Pro Se 1 2022

FILED ___ LODGED ___ RECEIVED
DEC 15 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**25 CV 6122 BHS**

Samantha Clark,

Plaintiff(s),

v.

Corridor Housing and Cambridge Management Inc., Stephanie Lowrance,

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes  ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Samantha Lynn Clark
Street Address: 2804 Russel road apt C18
City and County: Centralia, Lewis
State and Zip Code: Washington 98531
Telephone Number: 337-489-4617

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2022

B.  Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name: Cambridge Management Inc.
Job or Title (if known):
Street Address: 1916 64th Ave. W
City and County: Tacoma, Pierce
State and Zip Code: Washington, 98466
Telephone Number: 253-534-7200

Defendant No. 2

Name: Corridor Housing
Job or Title (if known):
Street Address: 1911 65th Ave W
City and County: Tacoma, Pierce
State and Zip Code: Washington 98466
Telephone Number:

Defendant No. 3

Name: Stephani Lowrance
Job or Title (if known): Regional Manager @ Cambridge
Street Address: 2804 russel road
City and County: Centralia Wa - Lewis
State and Zip Code: Washington 98531
Telephone Number: 360-807-4170

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2022*

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(select all that apply)*

☑ Federal question:
If checked complete section A.

☐ Diversity of citizenship:
If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

> Fair Housing Act
> Americans with Disabilities Act
> Violence against Women Act.

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2022*

B. If the Basis for Jurisdiction Is Diversity of Citizenship

    1. The Plaintiff(s)

        a. If the plaintiff is an individual.

The plaintiff (*name*) Samantha Clark , is a citizen of the State of (*name*) Washington .

        b. If the plaintiff is a corporation.

The plaintiff, (*name*) _____ , is incorporated under the laws of the State of (*name*) _____ , and has its principal place of business in the State of (*name*) _____ .

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2. The Defendant(s)

        a. If the defendant is an individual.

The defendant, (*name*) Stephanie Lawrance , is a citizen of the State of (*name*) Washington . Or is a citizen of (*foreign nation*) _____ .

        b. If the defendant is a corporation.

The defendant, (*name*) Cambridge Management Inc. , is incorporated under the laws of the State of (*name*) Washington , and has its principal place of business in the State of (*name*) Washington .

Or is incorporated under the laws of (*foreign nation*) _____ , and has its principal place of business in (*name*) _____ .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2022*

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a. If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

        b. If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

(*If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.*)

    2.  The Defendant(s)

        a. If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

        b. If the defendant is a corporation.

The defendant, (*name*) Corridor Housing, is incorporated under the laws of the State of (*name*) Washington, and has its principal place of business in the State of (*name*) Washington.

Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*) _____.

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2022*

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed*:

> I am still living in the unit that I was attacked in - despite my pleas for accomadation to another unit. I am still being harrassed. I am permanently effected by the actions and inactions of this plantiff.

### III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

> I was forced into the eviction process, after defendants refused payment. Re-instatemunt in July 2025 was complete with request to move to another unit. That still has not happened. Please see attached pages.

### IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

> I am continuing to deal with harrassment and my request for accomodation has not been satisfied. This is exasperating my mental health struggle due to safety and privacy concerns. 76,000 in punitive damages.

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2022*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

      I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 15, 2025

Signature of Plaintiff: *Samantha Clark*

Printed Name of Plaintiff: Samantha Clark

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR A CIVIL CASE - 6



## CMI Policy on Reasonable Accommodation

Cambridge Management, Inc. (CMI) is committed to both the letter and spirit of the Fair Housing Act. CMI and all properties managed by CMI will allow reasonable accommodations and/or reasonable modifications that enable individuals with disabilities to have the same use and enjoyment of our housing as individuals without disabilities. Reasonable accommodations are exceptions to our policies, rules, procedures, or practices. Reasonable modifications are physical changes to an apartment, common areas, or amenities.

To qualify for a reasonable accommodation or modification, the following criteria must be met:

1) The requested accommodation or modification must be for someone with a disability.
2) The requested accommodation or modification must be related to the disability.
3) The requested accommodation or modification must enable the person with a disability to have the same use and enjoyment of the housing as residents without disabilities.
4) The requested accommodation or modification must be reasonable.

Applicants or residents desiring a reasonable accommodation or modification must make their request(s) known to management. Requests may be made by the applicant or resident directly or through an advocate, legal representative, parent, or guardian.

Requests may be made verbally or in writing, though we strongly encourage the submission of written requests for clarity. If a verbal request is made, the Community Manager will document the request and verify the content of the request with the applicant or resident. Requests should not disclose specific information about the applicant or resident's disability. Requests should contain detailed information about the requested accommodation or modification.

Upon receipt of a request for reasonable accommodation or modification by any CMI employee, the Community Manager of the applicable property will obtain the consent of the applicant or resident to verify necessary information.

Unless this information is readily apparent to the Community Manager and any individuals who may audit the property's files for compliance with the Fair Housing Act, the following items will be verified with a qualified third party who has been identified by the applicant or resident:

1) The applicant or resident has a disability as defined by the Fair Housing Act.
2) The applicant or resident requires the specific accommodation or modification requested, due to a disability, in order to have the same use and enjoyment of the housing as residents without disabilities.
3) There is no easier accommodation or modification to accomplish which will also meet the need of the individual making this request.

Management will make three attempts to verify this information if necessary. If no response is received, management will request that contact information be supplied for an alternate third party along with consent to verify the needed information.

Upon receipt of verification, the Regional Manager will review the request and verification supplied. If the following criteria are met, the Regional Manager can approve the request without further review:

- The applicant or resident has a disability.
- The requested accommodation or modification is related to the disability.
- The requested accommodation or modification enables the applicant or resident to have the same use and enjoyment of the housing as residents without disabilities.
- The requested accommodation or modification is reasonable. It does not represent an undue financial burden to the property. It does not change the nature of the housing.

Requests which typically can be approved by Regional Managers include:

- Requests to transfer apartments for accessibility (CMI Compliance Department must approve as well to ensure that any/all housing program requirements have been met)
- Requests for standard safety apparatus like grab bars or levers to replace doorknobs
- Requests for ramps or thresholds where there are no accessible units
- Requests for one (1) assistive animal that is a cat or dog
- Requests for one (1) live-in caregiver (CMI Compliance Department must approve as well)

If the third-party verification indicates that there is an easier accommodation or modification to accomplish which still meets the need of the applicant or resident, the easier alternative will be offered.

In HUD-subsidized apartment communities, the property will pay for the cost of reasonable accommodations and modifications. Costs are generally considered reasonable if they are under two hundred dollars ($200.00). Management does not supply personal apparatus for the use of the resident which will not be part of the apartment or common areas. In non-HUD buildings, the applicant or resident pays for the costs involved with reasonable accommodation or modification.

If a request for reasonable accommodation or modification is not eligible for approval by the Regional Manager, it is forwarded to the Director of Property Management for a secondary review. All requests will be processed promptly. All responses to such requests will be issued in writing.

Applicants and residents may revise and resubmit requests that have been previously denied. All information gained through the reasonable accommodation/modification process will be kept in strict confidentiality.


management inc

## Reasonable Accommodation Verification

To: Qualified Individual (e.g., counselor, social worker, doctor, rehabilitation center, service agencies, self-help group, clinics, or other entity identified by the person requesting a reasonable accommodation)

Samantha Lynn Clark has requested that Southcreek Apartments provide the following reasonable accommodation(s): approve transfer to another Cambridge safety due to DV (domestic violence) and stalking

The Southcreek Apartments are required by law to provide reasonable accommodations to disabled applicants/residents that will provide them with **equal opportunity to use and enjoy our housing programs, their unit and/or common areas.** The Southcreek Apartments do **not** provide reasonable accommodations when the request is a matter of convenience or preference only.

Please complete this form below to verify that the above requested accommodation: **(1) is related to the applicant's/resident's disability; and (2) would provide the applicant/resident with an equal opportunity to enjoy our housing programs or that the applicant's/resident's disability restricts them from performing this task.**

I, Paige DeAlmeida (please print your name),

☒ DO   ☐ DO NOT

believe that the above requested accommodation: (1) is related to the applicant's/resident's disability; and (2) would provide the applicant/resident with an equal opportunity to use and enjoy our housing or that the applicant's/resident's disability restricts them from performing this task.

Signature: Paige Dell   Date: August 21st 2025
Printed Name: Paige De Almeida
Address and Phone Number: The Harbor 801 Commercial St. Astoria OR 97103  (503) 325-3426
Professional Title: Direct Service Advocate

### PENALTIES FOR MISUSING THIS CONSENT:
Title 19, Section 1001 of the U.S. Code states that a person is guilty of a felony for knowingly and willingly making false or fraudulent statements to any department of the United States Government, HUD, (or any employee of HUD, or Southcreek Apartments and may be subject to penalties for unauthorized disclosures or improper uses of information collected based on the consent form. Use of the information collected based on this verification form is restricted to the purposes cited above. Any person who knowingly or willfully requests, obtains or discloses any information under false pretenses concerning an applicant or participant may be subject to a misdemeanor and fined not more than $5,000. Any applicant or participant affected by negligent disclosure of information may bring civil action for damages, and seek other relief, as may be appropriate, against the officer or employee of HUD or Southcreek Apartments responsible for the unauthorized disclosure or improper use.



# cambridge
## management inc

### Reasonable Accommodation Verification

To: Qualified Individual (e.g., counselor, social worker, doctor, rehabilitation center, service agencies, self-help group, clinics, or other entity identified by the person requesting a reasonable accommodation)

__Samantha Lynn Clark__ has requested that __Southcreek__ Apartments provide the following reasonable accommodation(s):

__approve transfer to another Cambridge property for safety due to DV & Stalking__

The __Southcreek__ Apartments are required by law to provide reasonable accommodations to disabled applicants/residents that will provide them with **equal opportunity to use and enjoy our housing programs, their unit and/or common areas.** The __Southcreek__ Apartments do **not** provide reasonable accommodations when the request is a matter of convenience or preference only.

Please complete this form below to verify that the above requested accommodation: **(1) is related to the applicant's/resident's disability; and (2) would provide the applicant/resident with an equal opportunity to enjoy our housing programs or that the applicant's/resident's disability restricts them from performing this task.**

I, __Paige DeAlmeida__ (please print your name),

☒ DO    ☐ DO NOT

believe that the above requested accommodation: (1) is related to the applicant's/resident's disability; and (2) would provide the applicant/resident with an equal opportunity to use and enjoy our housing or that the applicant's/resident's disability restricts them from performing this task.

Signature: _[signed]_    Date: August 21st 2025

Printed Name: Paige DeAlmeida

Address and Phone Number: The Harbor, 601 Commercial St Astoria OR 97103  (503) 325-3426

Professional Title: Direct Service Advocate

**PENALTIES FOR MISUSING THIS CONSENT:**
Title 19, Section 1001 of the U.S. Code states that a person is guilty of a felony for knowingly and willingly making false or fraudulent statements to any department of the United States Government, HUD, (or any employee of HUD, or __Southcreek__ Apartments and may be subject to penalties for unauthorized disclosures or improper uses of information collected based on the consent form. Use of the information collected based on this verification form is restricted to the purposes cited above. Any person who knowingly or willfully requests, obtains or discloses any information under false pretenses concerning an applicant or participant may be subject to a misdemeanor and fined not more than $5,000. Any applicant or participant affected by negligent disclosure of information may bring civil action for damages, and seek other relief, as may be appropriate, against the officer or employee of HUD or __Southcreek__ Apartments responsible for the unauthorized disclosure or improper use.

Samantha Clark
2804 Russell Road Apt C18
Centralia Wa 98531
Corridor Apartments / Cambridge Management

RE:Request for Reasonable Accommodation:
Relocation to a new unit based on Disability and VAWA addendum

Dear Cambridge Property management,

I am writing to formally request a reasonable accommodation under the Fair Housing Act and the Violence Against Women Act (VAWA).

I have been a resident at Corridor Apartments since February 2023. At the time of signing my lease, I disclosed a domestic violence situation to Chelsea Gavin, a Cambridge employee, and the VAWA addendum was added to my lease accordingly.

Since that time, I have developed a disability as a direct result of the domestic violence I experienced. This has affected my ability to maintain consistent stability, including in managing rent, which has contributed to the recent financial issues. Due to these circumstances, I am requesting a reasonable accommodation in the form of a unit transfer.

The good news is that I have recently been approved for the Housing and Essential Needs (HEN) program, which will fully cover my rent beginning June 1, 2025. This support ensures no further rent delays or issues.

I apologize for not making this request sooner, particularly closer to the time I received the 30-day notice to pay or vacate. My disability sometimes impacts my ability to process information and act quickly. I hope you can understand this delay and view this request as part of a good-faith effort to remain stably housed in a healthier and safer living environment.

For the continued safety and well-being of both myself and my 5-year-old child, I am requesting to transfer to another unit—ideally at a different Cambridge-managed property. I am currently enrolled in the Address Confidentiality Program through the Office of the Secretary of State. Unfortunately, my current address is known to my abuser, and I strongly believe relocating is essential to our safety and to aid in my recovery and stability.

Thank you for taking the time to consider this request. I value my tenancy and hope to continue as part of the Cambridge community. I am requesting a transfer to a unit of equal or similar rental rate and open to discussion on location, with preference for a different property.

Respectfully,

Samantha Clark

**WERTJES·ATKISSION**
**LAW, P.S.**

September 2, 2025

Samantha Clark
2804 Russel Rd., C18
Centralia, Washington 98531-1702

Cert. Tracking No. 9589 0710 5270 2498 52

**RE: RESPONSE and CEASE AND DESIST**

Ms. Clark,

This will serve to inform you that this law firm represents Cambridge Management, Inc. ("CMI"). Please direct future communications accordingly. This communication is in response to your August 1, 2025, and your August 7, 2025 complaints to the Better Business Bureau ("BBB").

This communication also serves as CMI's demand that you cease and desist from contacting CMI employees and management regarding your ongoing allegations of assault, stalking, poisoning, vehicle theft, and listening/video devices being placed in your unit. These are criminal allegations and should be directed to law enforcement.

As you know, CMI has inspected the interior of your unit and, contrary to your allegation, did not observe any listening devices and/or cameras. Nor is CMI aware of whether any law enforcement agency has reviewed your photo and confirmed the existence of a listening device in your unit. Again, these allegations are serious and should be directed to law enforcement. CMI will cooperate with law enforcement if they seek to investigate any of your concerns.

Additionally, please be advised that CMI does not have any information related to your allegations concerning Keith Rex or the unnamed individual you allege impersonated a CMI manager. Mr. Rex is no longer an employee of CMI. Again, the allegations in your August 1, 2025, complaint to BBB are very serious and should be directed to law enforcement rather than CMI. It is inappropriate for you to email CMI employees, either at the CMI email address or their personal email address, regarding these allegations. Please stop.

Per your request, CMI has provided you with the information needed to transfer to another unit. You are welcome to complete the paperwork and provide CMI the requested information for the same.

Again, please direct serious criminal allegations to law enforcement. All other communications related to the above should be directed to this law firm. CMI is more than willing to cooperate with law enforcement related to an investigation.

                                      Thank you,

                                      Aaron J. Atkission
                                      Attorney

321 CLEVELAND AVE SE, SUITE 201 ◼ TUMWATER, WA 98501 ◼ 360-570-7488 ◼ WWW.WALAWPS.COM
ALAN J. WERTJES: ALAN@WALAWPS.COM ◼ AARON J. ATKISSION: AARON@WALAWPS.COM